APRIL 12, 1803.

# William Glenn v. Matthew White.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Shelby county for £25 damages besides costs.*

Where the replevin bond is taken for *debt*, when the judgment and execution are for *damages*, the variance is material and the bond must be quashed.

The first and second errors assigned are not sufficiently particular, and the third is not material. But the fourth error (viz: the judgment and execution are for damages, and the replevin bond is taken for debt), conformably to a former decision of this court, in the case of *Johnson* against *Carlile*, must be regarded.

Wherefore, it is considered by the court, that the replevy bond aforesaid, be quashed; that the cause be remanded to the circuit court of the county aforesaid that the plaintiff may take out another execution on the said judgment, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.